IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KIM TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE No. 3:19-CV-02015 |
| AMPEX HOLDINGS OF DALLAS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, KIM TURNER ("Plaintiff") and Defendant, AMPEX HOLDINGS OF DALLAS, LLC ("Defendant"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant, AMPEX HOLDINGS OF DALLAS, LLC, and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 10th day of March, 2020.

                                        Law Offices of
                                        THE SCHAPIRO LAW GROUP, P.L.

                                        /s/ Douglas S. Schapiro
                                        Douglas S. Schapiro
                                        Northern District of Texas ID No. 54538FL
                                        The Schapiro Law Group, P.L.
                                        7301-A W. Palmetto Park Rd., #100A
                                        Boca Raton, FL 33433
                                        Tel: (561) 807-7388
                                        Email: schapiro@schapirolawgroup.com

        Law Offices of
        LIPPE & ASSOCIATES

        Emil Lippe, Jr.
        State Bar No. 12398300
        Lippe & Associates
        12222 Merit Drive, Suite 1200
        Dallas, TX 75251
        Tel: (214) 855-1850
        Fax: (214) 720-6074
        emil@texaslaw.com


        */s/*     Arthur V. Lambert
        Arthur V. Lambert
        State Bar No. 11841250
        Fisher & Phillips LLP
        500 North Akard, Suite 3550
        Dallas, TX  75201
        Tel: (214) 220-9100
        alambert@fisherphillips.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of March, 2020, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

        /s/  Douglas S. Schapiro
        Douglas S. Schapiro
        Northern District of Texas ID No. 54538FL